# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM WATCH, INC., et al.,<br><br>               Plaintiffs,<br>v.<br><br>GOOGLE, INC., et al.,<br><br>               Defendants. | Civil Action No. 1:18-cv-02030-TNM<br><br>**Hon. Trevor N. McFadden** |

## NOTICE OF WITHDRAWAL

To the Clerk of this Court and all parties of record:

Pursuant to Local Rule 83.6(b), please take notice that William A. Isaacson hereby withdraws as counsel for Apple Inc. in this case.

Dated: February 12, 2019                                       Respectfully Submitted,

*/s/* Kate Kaso-Howard                                         */s/* William A. Isaacson
KATE KASO-HOWARD                                               WILLIAM A. ISAACSON (D.C. Bar No. 414788*)*
Litigation Counsel                                             BOIES SCHILLER FLEXNER LLP
APPLE INC.                                                     1401 New York Avenue, N.W.
One Apple Park Way                                             Washington, D.C. 20005
Cupertino, California 95014                                    (202) 237-2727 (phone)
(408) 974-5527 (phone)                                         (202) 237-6131 (fax)
kkasohoward@apple.com                                          wisaacson@bsfllp.com

*Counsel for Defendant Apple, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2019, a true and correct copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

> */s/* William A. Isaacson
> WILLIAM A. ISAACSON (D.C. Bar No. 414788*)*
> BOIES SCHILLER FLEXNER LLP
> 1401 New York Avenue, N.W.
> Washington, D.C. 20005
> (202) 237-2727 (phone)
> (202) 237-6131 (fax)
> wisaacson@bsfllp.com
>
> *Counsel for Defendant Apple, Inc.*