## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM WATCH, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> GOOGLE, INC., et al., <br><br> Defendants. | Civil Action No. 1:18-cv-02030-TNM <br><br> **Hon. Trevor N. McFadden** |

## NOTICE OF WITHDRAWAL

To the Clerk of this Court and all parties of record:

Pursuant to Local Rule 83.6(b), please take notice that James A. Kraehenbuehl hereby withdraws as counsel for Apple Inc. in this case.

Dated: February 12, 2019

Respectfully Submitted,

*/s/* Kate Kaso-Howard
KATE KASO-HOWARD
Litigation Counsel
APPLE INC.
One Apple Park Way
Cupertino, California 95014
(408) 974-5527 (phone)
kkasohoward@apple.com

*/s/* James A. Kraehenbuehl
JAMES A. KRAEHENBUEHL (D.C. Bar No. 1017809*)*
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
(202) 237-2727 (phone)
(202) 237-6131 (fax)
jkraehenbuehl@bsfllp.com

*Counsel for Defendant Apple, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2019, a true and correct copy of the foregoing was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

/s/ James A. Kraehenbuehl
JAMES A. KRAEHENBUEHL (D.C. Bar No. 1017809)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
(202) 237-2727 (phone)
(202) 237-6131 (fax)
jkraehenbuehl@bsfllp.com

*Counsel for Defendant Apple, Inc.*