## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREEDOM WATCH, INC.** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **GOOGLE, INC.** *et al.*, <br><br> Defendants. | Case No. 1:18-cv-02030 (TNM) |

## ORDER

Upon consideration of the Defendants' Motion to Dismiss, the pleadings, relevant law, and related legal memoranda in opposition and support, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that the Defendants' Motion to Dismiss is **GRANTED**.

**SO ORDERED**.

The Clerk of the Court is directed to close the case.  This is a final, appealable Order.

Dated: March 14, 2019

TREVOR N. McFADDEN
United States District Judge