IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM WATCH, INC, et al<br><br>          Plaintiffs,<br>v.<br><br>GOOGLE, INC, et al<br><br><br>          Defendants. | 1:18-cv-02030 |

## NOTICE OF APPEAL

Plaintiffs Freedom Watch, Inc. and Laura Loomer ("Plaintiffs") hereby appeal to the U.S. Court of Appeals for the District of Columbia Circuit from this Court's order of March 14, 2019 granting Defendants' Motion to Dismiss, ECF No. 45, and all other orders and rulings adverse to Plaintiff in this matter.

Dated: April 15, 2019                    Respectfully submitted,

                              */s/ Larry Klayman*
                              Larry Klayman, Esq.
                              FREEDOM WATCH, INC.
                              D.C. Bar No. 334581
                              2020 Pennsylvania Ave. NW, Suite 345
                              Washington, DC 20006
                              Tel: (310) 595-0800
                              Email: leklayman@gmail.com

                              Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed April 15, 2019 and served to all counsel of record through the Court's ECF system.

                              */s/ Larry Klayman*
                              Attorney

1