# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 19-7030**  **September Term, 2019**

**1:18-cv-02030-TNM**

**Filed On: August 13, 2020** [1856405]

Freedom Watch, Inc., individually and on behalf of those similarly situated and Laura Loomer, individually and on behalf of those similarly situated Palm Beach, Florida,

    Appellants

    v.

Google Inc., et al.,

    Appellees

### M A N D A T E

In accordance with the judgment of May 27, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                            BY:    /s/
                                                 Daniel J. Reidy
                                                 Deputy Clerk

Link to the judgment filed May 27, 2020